

**NUMBER 13-13-00633-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**GUADALUPE DE LEON ACUNA,**                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                    **Appellee.**

---

**On appeal from the 389th District Court
of Hidalgo County, Texas.**

---

**ORDER**

**Before Chief Justice Valdez and Justices Benavides and Perkes
Order Per Curiam**

This cause is before the Court on appellant's **seventh** motion for extension of time to file the brief. The clerk's record was filed on January 27, 2014 and appellant's brief was originally due to be filed thirty days thereafter. *See* TEX. R. APP. P. 38.6(a). Appellant has sought and received six previous extensions of time to file the brief and the

cause was previously abated due to difficulties in preparation of the appellate record and concerns regarding completeness of the record. The record has now been filed.

The Court, having fully examined and considered appellant's motion for extension of time to file the brief, is of the opinion that, in the interest of justice, appellant's motion for extension of time to file the brief should be granted with order. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent truly exigent circumstances supported by appropriate evidence.

**Appellant's seventh motion for extension of time to file the brief is hereby GRANTED, and the Honorable O. Rene Flores, counsel for appellant, is ORDERED to file the appellate brief with this Court on or before August 14, 2015.**

IT IS SO ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
28thday of July, 2015.

2